**Fill in this information to identify the case:**

Debtor name: 1945 Ohio Street, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 1:24-bk-18816

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $ 4,500,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................  $ 1,000.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................  $ 4,501,000.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................  $ 4,020,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............  +$ 14,100.00

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                                                                                                          $ 4,034,100.00